**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7871**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARC PIERRE HALL, a/k/a Marc Valeriano, a/k/a
Fella,

Defendant - Appellant.

———————

**No. 01-7893**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARC PIERRE HALL, a/k/a Marc Valeriano, a/k/a
Fella,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Western
District of North Carolina, at Charlotte. Richard L. Voorhees,
District Judge. (CR-95-5, CA-99-61-3)

———————

Submitted: January 31, 2002          Decided: February 11, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Marc Pierre Hall, Appellant Pro Se. Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marc Pierre Hall seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. United States v. Hall, Nos. CR-95-5; CA-99-61-3 (W.D.N.C. Oct. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED